UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ALVIN LARACUENTE,

          Defendant.

- - - - - - - - - - - - - - - - - x

PRELIMINARY ORDER OF
FORFEITURE/
MONEY JUDGMENT

18 Cr. 11 (AJN)

NOV 21 2019

        WHEREAS, on or about January 9, 2018, ALVIN LARACUENTE (the "defendant"), was charged in a two-count Information, 18 Cr. 11 (AJN) (the "Information"), with conspiracy to commit bank fraud and bank fraud, in violation of Title 18, United States Code, Sections 1344, 1349, and 2 (Counts One and Two);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(2)(A) and Title 28, United States Code, Section 2461, of any and all property that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

        WHEREAS, on or about January 9, 2018, the defendant pled guilty to Counts One and Two of the Information, pursuant to a

plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(2)(A) and Title 28, United States Code, Section 2461(c), a sum of money equal to $902,697.93 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about November 20, 2019, the defendant was sentenced and ordered to forfeit a Money Judgment in the amount of $902,697.93 in United States currency representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Information that the defendant personally obtained;

WHEREAS, at his sentencing, the defendant consented to the entry of a money judgment in the amount of $902,697.93 in United States currency representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Information that the defendant personally obtained;

WHEREAS, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Counts One and Two of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count of the Information, to which the defendant pled guilty, a money judgment in the amount of $902,697.93 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ALVIN LARACUENTE, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       November 20, 2019

SO ORDERED:

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE