UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Alvin Laracuente,

Defendant.

18-cr-0011 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

All prior materials previously filed under seal in this matter may now be docketed, with the exception of four documents: (1) the transcript of the proceeding held on January 9, 2018, (2) the Government's letter dated November 12, 2019, (3) the Defendant's letter dated November 13, 2019, and (4) the transcript of the proceeding held on November 20, 2019. Those four documents will continue to remain under seal.

SO ORDERED.

Dated: November 22, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge