UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2021

United States of America,

–v–

Alvin Laracuente,

Defendant.

18-cr-0011 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's unavailability, the sentencing previously scheduled in this matter for Friday, November 8, 2019 at 11:00 a.m. is hereby adjourned to Wednesday, November 20, 2019 at 11:00 a.m.

    SO ORDERED.

Dated: October 7, 2019
         New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge

1